UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIKA CRYSTAL MENDEZ, et al.,

    Plaintiffs,

v.                                    Case No. 8:06-cv-563-T-24 MAP

UNITRIN DIRECT PROPERTY &
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant Unitrin Direct Property and Casualty Insurance Company's ("Unitrin") Motion to Stay Execution of Judgment Pending Post-Trial Motions. Unitrin requests a stay of execution of the judgment entered against it pursuant to Federal Rule of Civil Procedure 62(f)[1], because, under Florida law, the judgment is a lien on the property of the debtor[2] and a timely filed motion for new trial automatically stays execution of the judgment[3]. Unitrin has filed a motion for new trial and motion for judgment as a matter of law, both of which are currently pending. (Doc. No. 129). Accordingly, the Court **GRANTS** the instant motion and stays execution of the judgment until the Court rules on Unitrin's motion for new trial and motion for judgment as a matter of law.

---

[1] Rule 62(f) provides: "In any state in which a judgment is a lien upon the property of the judgment debtor and in which the judgment debtor is entitled to a stay of execution, a judgment debtor is entitled, in the district court held therein, to such stay as would be accorded the judgment debtor had the action been maintained in the courts of that state."

[2] Florida Statute § 55.10(1) provides that a judgment becomes a lien on real property.

[3] Florida Rule of Civil Procedure 1.550(a) provides that no execution on judgments shall issue if a motion for new trial or rehearing is timely served, until the motion is resolved.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of October, 2007.

                                         SUSAN C. BUCKLEW
                                         United States District Judge

Copies to:
Counsel of Record