IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIKA CRYSTAL MENDEZ and ANGELO
MENDEZ,

    Plaintiffs,                                             CASE NO: 8:06-cv-563-T24 MAP

vs.

UNITRIN DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs, ERIKA CRYSTAL MENDEZ and ANGELO MENDEZ, and the Defendant, UNITRIN DIRECT PROPERTY & CASUALTY INSURANCE COMPANY, by and through their respective counsel, and stipulate that Plaintiffs' claim against said Defendant, having been amicably settled, should be dismissed, with prejudice.

IT IS FURTHER stipulated that the parties shall bear their respective costs and attorneys' fees and that all liens and/or subrogated interests be satisfied by Plaintiffs.

| | |
|---|---|
| s/Gregory Yaffa | s/David B. Krouk |
| Gregory Yaffa, Esq. | David B. Krouk, Esq. |
| Florida Bar No.: 586412 | Florida Bar No.:  0949840 |
| Slawson, Cunningham, Whalen & Gaspari, P.L. | Butler Pappas Weihmuller Katz Craig LLP |
| Harbor Financial Center | 777 S. Harbour Island Boulevard |
| 2401 PGA Boulevard, Suite 140 | Suite 500 |
| Palm Beach Gardens, FL  33410 | Tampa, Florida  33602 |
| | Telephone:   (813) 281-1900 |
| | Facsimile:    (813) 281-0900 |
| Fred A. Cunningham, Esquire | dkrouk@butlerpappas.com |
| Florida Bar No.: 134719 | Attorneys for Defandant, UNITRIN |
| Slawson, Cunningham, Whalen & Gaspari, P.L. | DIRECT PROPERTY & CASUALTY INSURANCE COMPANY |
| Harbour Financial Center | |
| 2401 PGA Boulevard, Suite 140 | |
| Palm Beach Gardens, FL  33410-3515 | |
| Telephone:   561/625-6260 | |
| Facsimile:    561/625-6269 | |
| Attorneys for Plaintiffs, ERIKA CRYSTAL MENDEZ and ANGELO MENDEZ | |